UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Andrew Todd Mitchell

                    v.                         Civil No. 10-cv-479-PB

United States Social Security Administration,
Commissioner


## O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 23, 2011, no objection having been filed, for the reasons set forth therein. The Commissioner's motion for an order affirming (DN 10) is denied; and the plaintiff's motion to reverse the decision of the Commissioner (DN 8) is granted to the extent that the case is remanded to the ALJ for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).


        SO ORDERED.



June 13, 2011                          /s/ Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge



cc:     Counsel of record